# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0954
_____

TAYCHIANNA FIGUEROA, as
Personal Representative of The
Estate of K.W.H.,

    Petitioner,

    v.

CELESTE GOMES, d/b/a Celeste's
Mobile Pet Spa a/k/a Celeste's
Pet Spa & Mobile Grooming,
LIVE OAK SHOPPES GROUP, LLC,
AMERICAN COMMERCIAL REALTY
CORP., NORTHWOOD PLAZA
MANAGER, LLC, and, QUALITY
GLASS GODS, LLC d/b/a The
Glass Factory,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


May 21, 2024


PER CURIAM.

    DISMISSED.

ROBERTS, ROWE, and LONG, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Terry P. Roberts of Fischer Redavid PLLC, Atlanta, GA, for Petitioner.

Tiffany G. Fearing of Wicker Smith O'Hara McCoy & Ford, P.A., Tampa, for Respondents Live Oak Shoppes Group, LLC, American Commercial Realty Corp, and Northwood Plaza Manager, LLC.